In the Matter of EDMUND P. MAZIARZ et al., Constituting the Common Council of the City of North Tonawanda, Respondents, against MYLES W. JOYCE, as Mayor of the City of North Tonawanda, Appellant.— Order affirmed. with $50 costs and disbursements. All concur. (Appeal from an order of Niagara Supreme Court, directing the Mayor of North Tonawanda to execute a warrant authorizing the city treasurer to pay the City of Lansing, Mich., for a used fire truck.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

■

JOHN ZAGAME et al., Respondents, v. ROY SIMMONS, Defendant, and NORMAN SIMMONS, Appellant.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal by defendant Norman Simmons from a judgment of Oswego Special Term, for plaintiffs in an injunction action involving title to realty.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser. JJ.

■

DAVID MERRITT, Appellant, v. JOHN G. ELLIS et al., Defendants, and WINTHROP STEARNS, INC., Respondent.— Order reversed as a matter of discretion, without costs of this appeal to any party, and plaintiff's motion granted, without costs. Memorandum: The history of the transaction and the various communications between counsel for the parties, together with the service and retention of the bill of particulars since April 28, 1954, require a reversal of the order appealed from as a matter of discretion and the granting of plaintiff's motion. All concur. (Appeal from an order of Orleans Special Term, granting defendant's motion to preclude and denying plaintiff's motion to vacate the order of preclusion entered September 14, 1953.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of the Probate of the Will of CLARENCE A. BARNES, Deceased. ALICE KEISINGER et al., Appellants; JOSEPH DE SANTO et al., as Executors of CLARENCE A. BARNES, Deceased, Respondents.— Motion for permission to make application for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 284 App. Div. 743; ante, p. 865.]

■

RENEE R. MOTYKA, as Administratrix of the Estate of MICHAEL MOTYKA, Deceased, Respondent, v. CITY OF OSWEGO, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See ante, p. 1013.]

**6**

HAROLD BUTLER, Appellant, v. PATRICK DI GENNARO et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See ante, p. 1008.]

■

WALTER W. SCHOENEMAN, Appellant, v. EASTMAN SAVINGS AND LOAN ASSOCIATION, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See ante, p. 1112.]